# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SENIORS' CLUB, LLC., A
LOUISIANA LIABILITY COMPANY,
SENIOR'S CLUB ADHC AND PCA
CENTER (LOUISIANA MEDICAID
PROVIDER NO. 17259),
SENIOR'S CLUB ADULT DAY
HEALTH (LOUISIANA MEDICAID
PROVIDER NO. 56088),
SENIOR'S CLUB (LOUISIANA
MEDICAID PROVIDER NO.
11460),

VERSUS

STATE OF LOUISIANA, THROUGH
THE DEPARTMENT OF HEALTH AND
HOSPITALS, HON. KATHY H.
KLIEBERT, IN HER OFFICIAL
CAPACITY AS SECRETARY,
LOUISIANA DEPARTMENT OF
HEALTH AND HOSPITALS

NO. 2020 CW 0421

**SEPTEMBER 14, 2020**

---

In Re:    Seniors' Club LLC, Senior's Club ADHC and PCA Center,
          Senior's Club Adult Day Health, Senior's Club, Mr.
          T.J. McCoy, Jr. through undersigned counsel, and Mrs.
          Karen R. McCoy, applying for rehearing, 19th Judicial
          District Court, Parish of East Baton Rouge, No.
          630653.

---

BEFORE:   **HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

          **APPLICATION FOR REHEARING DENIED.**

                              **TMH**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT